

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8029

**By ECF**  May 2, 2024

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Monson v. Bentivegna (SDNY), Case No. 23-cv-2965 (LAP)

Dear Judge Preska:

This Office represents Defendants in the above-referenced matter. I write to respectfully request that the schedule endorsed by the Court in Your Honor's Order of January 19, 2024 (ECF No. 36) be modified to extend the deadline for filing a motion for summary judgment for 30 days from May 13, 2024 to June 13, 2024. By separate letter of even date, we are seeking a pre-motion conference with respect to our proposed motion for summary judgment.

The grounds for this request are that one of my family members is suffering from a serious illness which has greatly impacted my work schedule.

Plaintiff's counsel has kindly consented to this request. There have been no previous requests for an extension of this deadline.

Thank you for Your Honor's consideration of this matter.

```
Defendants' request is granted.  The
deadline to file motions for summary
judgment is hereby extended to June
13, 2024.  The Clerk of Court shall
close docket entry number 37.

SO ORDERED.
                 [signature]
                 _____
                 LORETTA A. PRESKA, U.S.D.J.
                 05/03/2024
```

Respectfully submitted,

Seth J Farber /s/
Seth J. Farber
Special Litigation Counsel
Seth.Farber@ag.ny.gov

cc: All Counsel (via ECF)

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8610 ● WWW.AG.NY.GOV