UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GERALDINE MONSON,

                Plaintiff,

-against-

ROBERT BENTIVEGNA, et al.,

                Defendants.

No. 23-CV-2965 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' joint status report, (see dkt. no. 43.)  Trial in the above-captioned case is hereby scheduled for January 27, 2025.  The parties are directed to appear via telephone at 11:30 a.m. on September 5, 2024, for a pretrial conference.  The dial-in for the conference is (877) 402-9753, access code 6545179.

**SO ORDERED.**

Dated:    August 7, 2024
           New York, New York

                                      _/s/ Loretta A. Preska_
                                      LORETTA A. PRESKA
                                      Senior United States District Judge

1