```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| GERALDINE MONSON,<br><br>            Plaintiff,<br><br>-against-<br><br>ROBERT BENTIVEGNA, et al.,<br><br>            Defendants. | No. 23-CV-2965 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

As discussed between the parties and the Court at the initial pretrial conference held in the above-captioned case on September 5, 2024, the Court hereby orders the following pretrial filing schedule:

The parties shall file a joint proposed witness list no later than October 15, 2024, and shall file a joint proposed pretrial order, to include proposed witnesses and proposed exhibits and any objections thereto, no later than November 1, 2024.

The parties shall file motions in limine, if any, no later than November 1, 2024.  Any oppositions to motions in limine shall be filed no later than November 8, 2024.

The parties shall file proposed voir dire questions and joint proposed jury instructions no later than January 13, 2025.  The Court will hold a final pretrial conference at 10:00 a.m. on January 14, 2025.

1

**SO ORDERED.**

Dated:     September 13, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge