UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERALDINE MONSON,

               Plaintiff,

-against-

ROBERT BENTIVEGNA, et al.,

               Defendants.

No. 23-CV-2965 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendants Dr. Robert Bentivegna, Nurse Practitioner Mandi Zaccagnino, Nurse Practitioner Mary Ashong, Dr. Lester Silver, Dr. Jeannlis Sanchez, and Dr. Edward Uzu's ("Defendants") letter requesting leave to file an exhibit under seal in support of their present application and anticipated motion for a protective order, (see dkt. no. 55), Defendants' accompanying Declaration, (see dkt. no. 56), and Plaintiffs' letter response, (see dkt. no. 59). Defendants' request to file an exhibit attached to the Declaration under seal for purposes of in camera review is GRANTED. The Clerk of Court is respectfully directed to close docket entry number 55.

**SO ORDERED.**

Dated:    November 21, 2024
           New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1