UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERALDINE MONSON,

                Plaintiff,

-against-

ROBERT BENTIVEGNA, et al.,

                Defendants.

No. 23-CV-2965 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff' letter updating the Court that the parties have agreed to a global settlement. (See dkt. no. 65.) Pursuant to Plaintiff's request, the Court dismisses all outstanding counts in Plaintiff's Complaint. (See dkt. no. 1.) The Clerk of the Court shall (1) mark this action closed, subject to reinstatement within 45 days if the settlement is not filed and finalized, and (2) mark all pending motions denied as moot.

**SO ORDERED.**

Dated:    December 3, 2024
           New York, New York

                        *Loretta A. Preska*
                        LORETTA A. PRESKA
                        Senior United States District Judge